UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CR-275-D-1

UNITED STATES OF AMERICA

v.                                                    **ORDER**

ANGELA MARIA DOZIER

Upon joint motion of the United States and the Defendant in this case, it is hereby

**ORDERED** that Docket Entry Number 29 in the above-captioned case is to be SEALED by the

Clerk.

The Court finds that the sealing of such entry is necessary to protect important privacy

interests and, as such, that the request to seal overcomes both the common law and First

Amendment presumption to access such document. Furthermore, the Court finds that no

adequate alternative to sealing such entry exists to protect those privacy interests.

SO ORDERED

This the ___29___ day of July, 2016.


_____
THE HONORABLE JAMES C. DEVER, III
Chief United States District Judge