IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CR-275-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ANGELA MARIA DOZIER, | ) | |
| | ) | |
| Defendant. | ) | |

On August 1, 2016, the court held a hearing pursuant to 18 U.S.C. § 4241(d). As stated in open court and incorporated herein by reference, defendant is not competent to proceed and is remanded to the Attorney General for hospitalization. See 18 U.S.C. § 4241(d).

SO ORDERED. This  1  day of August 2016

JAMES C. DEVER III
Chief United States District Judge