IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CR-275-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ANGELA MARIE DOZIER, | ) | |
| | ) | |
| Defendant. | ) | |

As discussed in open court and incorporated herein by reference, the court finds defendant not competent to stand trial. See [D.E. 36]. The court ORDERS the government to evaluate defendant under 18 U.S.C. § 4246 and submit a report.

SO ORDERED. This _1_ day of August 2017.

JAMES C. DEVER III
Chief United States District Judge