UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CR-275-D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER FOR DISMISSAL |
| | ) | |
| ANGELA MARIA DOZIER | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Court hereby dismisses the Indictment without prejudice in the above-captioned matter for good cause shown due to the Defendant not being mentally competent to proceed to trial and is not restorable to competency.

SO ORDERED.

This the __2__ day of __October__, 2017.

_____
HONORABLE JAMES C. DEVER III
Chief United States District Judge